# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1076

_____

WILLIAM JOHN HALL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 5, 2019

PER CURIAM.

AFFIRMED. *See Levandoski v. State*, 245 So. 3d 643, 648 (Fla. 2018).

ROBERTS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William John Hall, pro se, Appellant.

Ashley Moody, Attorney General, Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.